IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ECEM EUROPEAN CHEMICAL          :
MARKETING B.V.,                 :          CIVIL ACTION
                                :
        Plaintiff,              :          NO.  05-3078
                                :
    v.                          :
                                :
THE PUROLITE COMPANY,           :
                                :
                                :
        Defendant.              :

## ORDER

**AND NOW**, this 29th day of January 2010, upon consideration of Plaintiff's Motion *in Limine* to Preclude Evidence That Plaintiff Was Obligated to Supply Defendant With Styrene Through March 2005 (Doc. No. 64), Defendant's Response in Opposition to the Motion *in Limine* (Doc. No. 67), Plaintiff's Supplemental Brief in Support of the Motion *in Limine* (Doc. No. 78), and Defendant's Supplemental Brief in Opposition (Doc. No. 80), and for the reasons stated in the Opinion dated January 29, 2010, it is **ORDERED** that Plaintiff's Motion *in Limine* (Doc. No. 64) is **GRANTED IN PART AND DENIED IN PART**.

BY THE COURT:

 /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J