IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ECEM EUROPEAN CHEMICAL MARKETING B.V., | : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 05-3078 |
| v. | : : | |
| THE PUROLITE COMPANY, | : : | |
| Defendant. | : : | |

## ORDER

**AND NOW**, this 29th day of January 2010, upon consideration of Defendant's Motion *in Limine* to Exclude Evidence of Settlement Negotiations (Doc. No. 59), Plaintiff's Response in Opposition to the Motion *in Limine* (Doc. No. 70), Defendant's Supplemental Brief in Support of the Motion *in Limine* (Doc. No. 80), and Plaintiff's Supplemental Brief in Opposition (Doc. No. 82), and for the reasons stated in the Opinion dated January 29, 2010, it is **ORDERED** that Defendant's Motion *in Limine* (Doc. No. 59) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J