IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ECEM EUROPEAN CHEMICAL MARKETING B.V., | : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 05-3078 |
| v. | : : | |
| THE PUROLITE COMPANY, | : : | |
| Defendant. | : : : | |

# ORDER

**AND NOW**, this 29th day of January 2010, upon consideration of Defendant's Motion *in Limine* to Bar Evidence of Prior Negotiations Leading Up to the 2004 Contract (Doc. No. 61), Plaintiff's Response in Opposition to the Motion *in Limine* (Doc. No. 69), Plaintiff's Reply on Parol Evidence Issues (Doc. No. 73), Defendant's Supplemental Brief in Support of the Motion *in Limine* (Doc. No. 80), and Plaintiff's Supplemental Brief in Opposition (Doc. No. 81), and for the reasons stated in the Opinion dated January 29, 2010, it is **ORDERED** that Defendant's Motion *in Limine* (Doc. No. 61) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J