IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ECEM EUROPEAN CHEMICAL MARKETING B.V., | : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 05-3078 |
| v. | : : | |
| THE PUROLITE COMPANY, | : : : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 14th day of October, 2010, upon consideration of Plaintiff ECEM European Chemical Marketing B.V.'s Post-Trial Motion for New Trial (Doc. No. 118), Defendant The Purolite Company's Response in Opposition to the Motion for New Trial (Doc. No. 123), and arguments of counsel for the parties at the hearing held on September 7, 2010, and for the reasons set forth in the Court's Opinion dated October 14, 2010, it is **ORDERED** that Plaintiff's request for a new trial on the counter-claim of Defendant The Purolite Company as contained in Plaintiff's Motion for Post-Trial Relief is **DENIED**.

BY THE COURT:

 /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J