IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ECEM EUROPEAN CHEMICAL MARKETING B.V., | : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 05-3078 |
| v. | : : : | |
| THE PUROLITE COMPANY, | : : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 14th day of October, 2010, upon consideration of Defendant The Purolite Company's Renewed Motion for Judgment as a Matter of Law (Doc. No. 117), Plaintiff ECEM European Chemical Marketing B.V.'s Response in Opposition to the Motion (Doc. No. 124), and arguments of counsel for the parties at the hearing held on September 7, 2010, and for the reasons set forth in the Court's Opinion dated October 14, 2010, it is **ORDERED** that Defendant's Renewed Motion for a Judgment as a Matter of Law with respect to its claim on the inadmissibility at trial of the GTCS is **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J